UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH J. WILLIAMS,

          Plaintiff,

- against -

C. NOELL, MICHELLE WINKHAM,
MR. HERNANDEZ, and MR. LAFORGE,

          Defendants.

**ORDER**

16-CV-2188 (NSR) (LMS)

      IT IS HEREBY ORDERED that an Assistant Attorney General in the Office of the New York State Attorney General may take the deposition of Kenneth J. Williams, by a notary public, or some other officer authorized to administer oaths by the laws of the United States or of the State of New York, in person or by audiovisual remote means, at the Suffolk County Sheriff's Office Riverhead Correctional Facility located at 100 Center Drive South, Riverhead, New York 119018, upon notice to Plaintiff and the Suffolk County Sheriff's Office.

Dated: White Plains, New York
       November 12, 2019

SO ORDERED:

_[signature]_
Hon. Lisa M. Smith
United States Magistrate Judge