


STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

March 26, 2020

By ECF
The Honorable Nelson S. Román
United States District Judge
United States Courthouse
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    <u>Williams v. Noell, et al.</u>, 16 Civ. 2188 (NSR)(LMS)

Dear Judge Román:

    The Office of the Attorney General represents Defendants in the above captioned case. I write with consent of all parties to respectfully request an adjournment of the status conference currently scheduled for April 3, 2020 *sine die*.

    The reason for this request is that the parties have consented to proceed before Magistrate Judge Smith for all purposes in this litigation. There have been no previous requests to adjourn this conference.

Respectfully submitted,

/s/Benjamin D. Liebowitz
Benjamin D. Liebowitz

Application Granted. Clerk of the Court requested to terminate the motion (doc. 104).

Dated: March 26, 2020

SO ORDERED.

Nelson S. Román, U.S.D.J.