UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH J. WILLIAMS,

                        Plaintiff,                        16 Civ. 2188 (AEK)

     - against -

C. NOELL, et al.,                                        **ORDER**

                        Defendants.

ANDREW E. KRAUSE, U.S.M.J.[1]

       The Court received a letter dated October 15, 2020 from counsel requesting that the deadline for depositions be extended for 60 days, to be completed by December 15, 2020. Dkt. # 111. The request for an extension is granted. As the prior deadline for the completion of all discovery has passed, the parties are directed to submit a proposed revised scheduling order by November 16, 2020. This proposed order should contain proposed deadlines for all remaining discovery in this matter.

Dated: October 20, 2020
       White Plains, New York

                                                       SO ORDERED,

                                                       Andrew E. Krause
                                                       United States Magistrate Judge

---

[1] This case was reassigned to the undersigned on October 15, 2020.