UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KENNETH J. WILLIAMS,

                Plaintiff,               **ORDER**

    -against-                               16 Civ. 2188 (AEK)

COLLINS NOEL, MICHELE WICKHAM,
RAYMOND HERNANDEZ, and
SHANE LAFORGE,

                Defendants.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      At the conference on June 3, 2024, the parties confirmed that they have reached a settlement in principle in this matter. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs to any party, and without prejudice to restoring the action to the Court's calendar, provided the application is made within 60 days of this Order. Any application to reopen that is filed after 60 days from the date of this Order may be denied solely on that basis.

Dated: June 3, 2024
       White Plains, New York

                                                              */s/ Andrew Krause*
                                                ANDREW E. KRAUSE
                                                United States Magistrate Judge